UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOCKAPPS, INC.,

                  Plaintiff,

-v-

BLOCKSKYE, INC.,

                  Defendant.

21-CV-3598 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The joint letter motion to seal is granted. The Clerk of Court is directed to place the documents at Docket Numbers 1-1 and 1-2 under seal, and to close the motion at Docket Number 7.

SO ORDERED.

Dated: April 29, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge