UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOCKAPPS, INC.,

                        Plaintiff,

                -v-

BLOCKSKYE, INC.,

                        Defendant.

21-CV-3598 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        The joint letter motion to seal (Dkt. No. 9) is granted.  The Clerk of Court is directed to

place the documents at Docket Number 1 under seal, and to close the motion at Docket Number

9.

        SO ORDERED.

Dated:  May 3, 2021
        New York, New York

_____
            J. PAUL OETKEN
        United States District Judge