UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BLOCKAPPS, INC.,

                        Petitioner,

        -against-                                                  21 **CIVIL** 3598 (JPO)

                                                                    **JUDGMENT**

BLOCKSKYE, INC.,

                        Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, the petition to confirm the Award is GRANTED, and the application for attorney's fees and costs is also GRANTED. Blockskye's motion to dismiss the petition is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2022

                                                              **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                        **BY:**       *K. Mango*

                                                                   **Deputy Clerk**